# United States District Court
## WESTERN DISTRICT OF TENNESSEE

## JUDGMENT IN A CIVIL CASE

RICHARD MAYERS,
    Plaintiff,

v.                               CASE NUMBER: 2:16-2602 JDT-cgc

TENNESSEE DEPARTMENT OF
CORRECTION, ET AL.,
    Defendants,

    **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the Consent Order entered on 3/27/17 in the above-styled matters, the Defendants are entitled to judgment as a matter of law, and the motions for summary judgment (ECF Nos. 67 & 84) are **GRANTED**. It is **CERTIFIED**, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal in this matter by Plaintiff would not be taken in good faith. The Plaintiff is instructed that if he wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in *McGore* and § 1915(a)(2) by filing an updated *in forma pauperis* affidavit and a current, certified copy of his inmate trust account for the six months immediately preceding the filing of the notice of appeal.

**APPROVED:**

                                                            **s/James D. Todd**
                                                             **JAMES D. TODD**
                                                              **U.S. DISTRICT JUDGE**

**THOMAS M. GOULD**
**CLERK**

**BY: s/Cassandra Ikerd**
**DEPUTY CLERK**